IN THE UNITED STATES DISTRICT COURT
                          FOR THE DISTRICT OF COLORADO

                              JUDGE PHILIP A. BRIMMER

                                 COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: May 25, 2012 |
| Court Reporter: Janet Coppock | Time: 26 minutes |
| Probation Officer: Susan Heckman | Interpreter: Tatiana Contreras |

**CASE NO. 11-CR-00473-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Robert Brown |
| Plaintiff, | |
| vs. | |
| **NELSON GUTIERREZ-SINA,** | Robert Pepin |
| Defendant. | |

                                     SENTENCING

**1:39 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody/on bond.

Interpreter sworn with no challenges to her qualifications.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
11-CR-00473-PAB
May 25, 2012

Argument by Mr. Pepin in support of defendant's Moth for Variant Sentence (Doc #22) and comments addressing sentencing.

Argument by Mr. Brown and comments addressing sentencing.

Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:**  Defendant's Moth for Variant Sentence (Doc #22) is **GRANTED.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **February 3, 2012** to count **One of the Indictment.**

**ORDERED:**  Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Defendant shall be **imprisoned** for **30** months.

**ORDERED:**  Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

Defendant is advised that if he enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he/she may be subject to further federal prosecutions.

**ORDERED:**  Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney.  Any notice of appeal must be filed within 14 days.

**ORDERED:**  A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**2:05 p.m.**     **COURT IN RECESS**

**Total in court time:     26 minutes**                                          **Hearing concluded**